# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ISLAND VENTURES, LLC

VERSUS

K-MAR SUPPLY II, LLC, ET AL.

NO. 2026 CW 0434

**APRIL 20, 2026**

---

In Re: Mann + Hummel Filtration Technology U.S., L.L.C., Genuine Parts Company, and National Automotive Parts Association, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 141060.

---

**BEFORE: LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT